

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDWIN PATRICK DEVILLIER | CIVIL ACTION NO. 09-00263 |
| VERSUS | |
| UNITED STATES OF AMERICA, et al. | DISTRICT JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that, defendants' motion to dismiss (Doc. Item 6) be GRANTED and plaintiff's complaint be DISMISSED as this court lacks subject matter jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 10th day of February, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**